JTW: 04.032023
LNE/PCM: USAO 2023R00231



USDC- BALTIMORE
'23 APR 6 PM 1:23

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. SAG 23cr128 |
| | * | |
| TYQUAN FORD | * | (Possession with the Intent to |
| a/k/a "G-BABY," "PUG," | * | Distribute Controlled Substances, 21 |
| | * | U.S.C. § 841(a)(1); Aiding & Abetting, |
| Defendant. | * | 18 U.S.C. § 2; Forfeiture, 21 U.S.C. § |
| | * | 853, 28 U.S.C. § 2461). |
| | * | |
| | * | **UNDER SEAL** |

*******

## INDICTMENT

### COUNT ONE

**(Possession with Intent to Distribute Cocaine)**

The Grand Jury for the District of Maryland further charges that:

On or about April 8, 2022, in the District of Maryland, the defendant,

**TYQUAN FORD**
**a/k/a "G-BABY," "PUG"**

did knowingly and intentionally possess with the intent to distribute a quantity of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1) and (b)(1)(B) and (C)
18 U.S.C. § 2

1

# FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 21 U.S.C. § 853and 28 U.S.C. § 2461, in the event of the defendant's conviction under Count One of this Indictment.

## Narcotics Forfeiture

2. Pursuant to 21 U.S.C. § 853(a), upon conviction of an offense in violation of the Controlled Substances Act, as alleged in the in Count One, incorporated here, the defendant shall forfeit to the United States of America:

   a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s); and

   b. any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense(s).

## Substitute Assets

3. Pursuant to Title 21, United States Code, Section 853(p), if any of the property described above as being subject to forfeiture, as a result of any act(s) or omission(s) by the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

    e. has been comingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of the defendant(s) up to the value of the property charged with forfeiture in the paragraphs above.

21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

*Erek L. Barron*
Erek L. Barron
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
Foreperson

4/6/23
Date

3