```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
```

**UNITED STATES OF AMERICA**     \*

        vs.                \*   Case No.  SAG 23-0128

**TYQUAN FORD**              \*

\* * * * * * * * * * * * * * * * * * *

### DEFENDANT'S REQUEST FOR DETENTION HEARING

Now comes the Defendant, **TYQUAN FORD**, by his attorney, Law Offices of Gerald C. Ruter, P.C., and hereby requests this Honorable Court to set in a Detention Hearing.

/S/ GERALD C. RUTER
_____
GERALD C. RUTER
LAW OFFICES OF GERALD C. RUTER, P.C.
9411 Philadelphia Road, Suite O
Baltimore, Maryland  21237
410 238-8000
ruterlaw@verizon.net

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of July, 2023, a copy of the foregoing Defendant's Request for Detention Hearing was electronically delivered to all counsel of record.

/S/ GERALD C. RUTER
_____
GERALD C. RUTER