**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**STEPHANIE A. GALLAGHER**<br>**UNITED STATES DISTRICT JUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-7780**<br>**MDD_SAGchambers@mdd.uscourts.gov** |

February 22, 2024

LETTER ORDER

     Re: U.S.A. v. Tyquan Ford
           Criminal Case No. SAG-23-0128

Dear Counsel,

     This will confirm that a Motions Hearing has been scheduled for **April 30, 2024, at 1:30 p.m.** in courtroom 7C.  The following briefing schedule has been set:

     Defense motions due:        March 7, 2024

     Government response due:    April 9, 2024

     Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

                                                   Sincerely yours,

                                                     /s/

                                                  Stephanie A. Gallagher
                                                 United States District Judge