

U.S. Department of Justice

*United States Attorney*
*District of Maryland*

*Patricia McLane*  *36 S. Charles Street*  DIRECT: 410-209-4942
*Assistant United States Attorney*  *Suite 400*  MAIN: 410-209-4800
*Patricia.McLane@usdoj.gov*  *Baltimore, MD 21201-3119*  FAX: 410-962-3124

August 13, 2024

The Honorable Stephanie A. Gallagher
United States District Judge
101 W. Lombard Street
Baltimore, Maryland 21201

      Re:    Sentencing in *United States v. Tyquan Ford*
              **Criminal No. SAG-19-389; SAG-23-128**

Dear Judge Gallagher:

      The Government submits this sentencing letter triggered by the Fourth Notice of Apparent Violation ("Notice"). The Government shall request that the Defendant begin his sentence immediately. The Defendant is clearly not interested in following pre-sentencing release conditions and cannot be trusted to follow post-sentencing release conditions.

      Arguably, the Government could ask the Court to reject the C-plea based on the Defendant's untruthfulness concerning the events of August 7, 2024, as outlined in the Notice. However, the Government will honor the Plea Agreement and request a sentence of 18 months incarceration as it is sufficient, but not greater than necessary, to comply with the goals of sentencing set forth in 18 U.S.C. § 3553(a). *See* ECF 52.

      The Government agrees with the offense level calculation set forth in the Pre-Sentence Report ("PSR") and the criminal history calculation. ECF No. 59 at ¶ 23, 33. Therefore, the Government agrees with the PSR Guideline range of 10-16 months' incarceration. The sentencing range for a Grade A violation is 18-24 months' incarceration in Criminal Case No. 19-389.

      Accordingly, the parties recommended sentence of 18 months incarceration is a slight upward variant sentence for SAG-23-128 but is a Guidelines sentence for SAG-19-389.

                                        Respectfully Submitted,

                                        Erek L. Barron
                                        United States Attorney

                                        /s/

                                        Patricia McLane
                                        Assistant United States Attorney